IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**GLORIA DENTON**                                                                       **PLAINTIFF**

v.                             Case No. 4:12-cv-00191 KGB

**CONVEYOR TECHNOLOGY**
 **And JUSTIN CARMODY**                                                      **DEFENDANTS**

**ORDER**

Plaintiff Gloria Denton seeks leave to amend her complaint to substitute defendant Conveyor Technology with Conveyor Technology & Components, Inc., individually and d/b/a Conveyor Technology and Components, Inc. (Dkt. No. 26). Defendants do not object to the requested substitution. For good cause shown, Ms. Denton's motion is granted. Ms. Denton is directed to file the amended and substituted complaint on or before March 8, 2013.

SO ORDERED this 26th day of February, 2013.

_____
Kristine G. Baker
United States District Judge