IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLORIA DENTON**                                                                                             **PLAINTIFF**

**v.**                           **Case No. 4:12-cv-00191 KGB**

**CONVEYOR TECHNOLOGY & COMPONENTS, INC.,**                 **DEFENDANTS**
**Individually and d/b/a CONVEYOR TECHNOLOGY**
**AND COMPONENTS, INC., and JUSTIN CARMODY**

## JUDGMENT

Pursuant to the Order entered today in this case, the judgment in favor of Justin Carmody on his counterclaim for fraud against Gloria Denton is set aside (Dkt. No. 94). Judgment in favor of Ms. Denton on Mr. Carmody's counterclaim for fraud is hereby entered. Mr. Carmody's counterclaim is dismissed with prejudice. The judgment in favor of defendants on Ms. Denton's Fair Labor Standards Act claim stands (Dkt. No. 94).

SO ORDERED this 20th day of December, 2013.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge